# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1766
LT Case No. 2024-DR-000357-A

_____

EDWARD WILLIAMS,

    Appellant,

    v.

LINDSAY LAWRENCE,
Individually, and o/b/o S.W., a
Child,

    Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Marianne Lloyd Aho, Judge.

Edward Williams, Madison, pro se.

No Appearance for Appellee.

February 17, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____